UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

191368

Nung 8-20-10

KLH

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: GUMS, David E. and Diane M.

Chapter 7 Case No.   09-44709

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | 12 | $ 151.79 | $ 1.85 |

Date:   8/19/2010

J. Richard Stermer,   Trustee

RECEIVED 10 AUG 20 AM 9:30 US BANKRUPTCY COURT MINNESOTA